UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RONITA BROOKINS**
              Plaintiff

    V.

**STAPLES CONTRACT AND COMMERICAL, INC.**
              Defendants

CA ACTION

NO. 11CV11067-RWZ

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the MEMORANDUM OF DECISION entered 2/12/13; JUDGMENT entered for DEFENDANTS.

                                                    By the Court,

**2/12/13**                                               s/ Lisa A. Urso
**Date**                                                 **Deputy Clerk**